AO 91 (Rev. 11/11) Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

APR 30 2025

MITCHELL R. ELFERS
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Miguel Davila Jr | ) | Case No. 25-996 MJ |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __04/28/2025__ in the county of __Dona Ana__ in the
__District of__ __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 751 (a) | Escape from Custody |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Adrian P. Gunder    DUSM
Printed name and title

Sworn to before me a~~nd signed in my presence~~. VIA PHONE

Date: 4/30/25

_____
Judge's signature

City and state: LAS CRUCES, NM

G. J. Fourratt U.S.M.J.
Printed name and title

United States of America

    VS

Miguel Davila Jr

### Affidavit in Support of Criminal Complaint:

1. On or about April 14, 2011, in federal case number EP-10-CR-01559-DB (2) in the Western District of Texas El Paso Division, the defendant was committed to custody of the Federal Bureau of Prisons to be imprisoned for a total term of 240 months.

1. On or about September 3, 2024, the Bureau of Prisons (BOP) placed the Defendant at Diersen Charities halfway house. On or about September 3, 2024, the defendant signed an Acknowledgment of Custody form, which stated, "I understand that I am in the custody of the Attorney General of the United States. I further understand that leaving the Residential Center without permission from the Center Director or his/her authorized representative, shall be deemed an escape from the custody of the Attorney General."

2. On or about April 28, 2025, while still serving his federal term of imprisonment, the Defendant left Diersen Charities without permission and did not return. On April 29, 2025, the Defendant was arrested at a different location in Las Cruces, NM.

_____  
Gregory J. Fouratt  
United States Magistrate Judge

_____  
ADRIAN P. GUNDER  
Signature of Complainant